**SPECTOR GADON ROSEN VINCI P.C.**
By: Heather M. Eichenbaum, Esquire  *Attorney for Defendants*
    PA Atty. ID No. 78640
**Seven Penn Center**
**1635 Market Street, 7th Floor**
**Philadelphia, PA 19103**
**(215) 241-8856/(215) 531-9129(fax)**

| | |
|---|---|
| **MICHAEL AND ALVA PONS,** | |
| *Plaintiffs*, | |
| v. | **COURT OF COMMON PLEAS** |
| | **PHILADELPHIA COUNTY** |
| **THE GREAT WOLF LODGE OF THE POCONOS, LLC, GREAT WOLF RESORTS HOLDINGS, INC., BLACKSTONE REAL ESTATE PARTNERS IX, BLACKSTONE, INC., CENTERBRIDGE PARTNERS, L.P., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4,** | **No.: 250401753** |
| *Defendants*. | |

## NOTICE OF REMOVAL OF CIVIL ACTION

TO:    Daniel Purtell, Esquire
        Gregory R. Kiss, Esquire
        Danielle Duffy, Esquire
        McEldrew Purtell
        123 S. Broad St., Ste. 2250
        Philadelphia, PA  19109
        dan@mceldrewpurtell.com
        dduffy@mceldrewpurtell.com
        gkiss@mceldrewpurtell.com

       Please take notice that on May 30, 2025, Defendant, Great Wolf Lodge of the Poconos, LLC, filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, the within Petition for Notice of Removal of the above-captioned action to the United States District Court. A copy of this Petition is annexed hereto. A copy of the Petition is

also being filed with the Court of Common Pleas of Philadelphia County, Pennsylvania, pursuant to 28 U.S.C. § 1446(d), together with the Praecipe for Removal.

                                                          Respectfully submitted,

                                                          SPECTOR GADON ROSEN VINCI P.C.

Dated: May 30, 2025                         By: _____
                                                          HEATHER M. EICHENBAUM, ESQUIRE
                                                          *Attorney for Defendant,*
                                                          *Great Wolf Lodge of the Poconos, LLC*